United States District Court
Southern District of Texas
**ENTERED**
May 12, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MEGA CREATION, INC. d/b/a LECHAT, § § Plaintiff, § § v. § CIVIL CASE NO. H-23-63 § HEY BEAUTIFUL NAIL SUPPLY & § COSMETIC, LLC d/b/a HEY BEAUTIFUL § NAIL SUPPLIES, § § Defendant. § | |

## ORDER OF DISMISSAL

In accordance with the parties' stipulation, (Docket Entry No. 20), the plaintiff's claims against the defendant are dismissed with prejudice. Each party is to bear its own costs, expenses, and fees. This case is closed.

SIGNED on May 12, 2023, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge